STATE OF MAINE
KENNEBEC, SS.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-2018-222

SUSAN DUSSAULT,
          Plaintiff,

v.

PAMELA AMES, et al.,
          Defendants.

)
)
)
)
)
)
)
)
)
)
)

**ORDER ON PENDING MOTIONS**

      A number of motions are pending before the court. The court will address each in turn:

      The State Defendants' Motion to Dismiss is GRANTED pursuant to M.R.Civ. P. 12(b)(6) because the Plaintiff's filings fail to state a claim upon which relief may be granted and pursuant to M.R.Civ. P. 12(b)(5) for insufficient service of process. The claims against the Defendant Judges are also dismissed because they are barred by judicial immunity. The claims against Defendant McCullum arise out of her work as a Maine *guardian ad litem* and are barred by statutory quasi-judicial immunity and are therefore dismissed. The claims against the Maine Department of Health and Human Services (DHHS) and Maine Vital Records are barred by sovereign immunity and are therefore dismissed.

      The County Defendants' Motion to Dismiss is GRANTED pursuant to M.R.Civ. P. 12(b)(6) because the Plaintiff's filings fail to state a claim upon which relief may be granted.

      Defendant Ames' Motion to Dismiss is GRANTED pursuant to M.R.Civ. P. 12(b)(6) because the Plaintiff's filings fail to state a claim upon which relief may be granted.

      With all claims against all defendants now having been dismissed, any pending motions not previously addressed by the court are deemed MOOT.

      The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: May 23, 2019

_____
JUSTICE, MAINE SUPERIOR COURT

STATE OF MAINE                                    SUPERIOR COURT
KENNEBEC, ss                                        CIVIL ACTION
                                          DOCKET NO: CV-18-222

SUSAN DUSSAULT,                    )
                                  )
            Plaintiff             )
                                  )
vs.                               )            ORDER
                                  )
ATTORNEY DANIEL PETERSON,         )
ET AL.,                           )
                                  )
            Defendants            )

This matter came on to be heard on Defendant Daniel Peterson's Motion to Dismiss.

The Court having reviewed the pleadings, it is satisfied that Defendant's motion ought to

be, and hereby is GRANTED, on the ground that Plaintiff's claim fails to state a claim upon

which relief may be granted, and further is subject to dismissal for violations of Rules 12(b)(4)

and (5) as well as Rule 3.

Accordingly, Plaintiff Susan Dussault's Complaint against Defendant Peterson hereby is

dismissed with prejudice and with costs.

SO ORDERED:

Date:_____ MAY 2 3 2019 _____

_____
Justice, Maine Superior Court